Syracuse Motor Car Company, Respondent, v. Pullman Motor Car Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of E. H. Butler and Others, as Grade Crossing Commissioners of the City of Buffalo, for a Peremptory Writ of Mandamus against J. H. Bradley and Others, as Aldermen, etc.— Order affirmed, without costs. Held, that the grade crossing commissioners are not parties in interest and, therefore, have no standing to maintain this action. All concurred.

In the Matter of The State Bank of Pike.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George James, as Administrator, etc., Respondent, v. Thomas Crimmins Contracting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Floyd Kent, Appellant, v. The Erie Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that the exception to the charge respecting plaintiff's right to board the train was well taken.

In the Matter of the Proving of the Last Will and Testament of George Randall, Deceased.— Decree affirmed, with costs. All concurred.

Le Roy D. Todd and Another, Appellants, v. Rowena Todd and Another, Respondents.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. John W. Sage, Appellant.— Judgment of conviction affirmed. All concurred.

Arthur Gibbs, a Taxpayer of the City of Olean, Respondent, v. George H. Luther and Others, as Commissioners of Public Works, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Held, that the proceeding to pave the street and charge the expense to the adjoining owners is unauthorized without the petition required by the city charter.* All concurred.

The Pease Oil Company, Appellant, v. Monroe County Oil Company, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Frederick L. Bandemer, Appellant, v. Calvin Ritter Protestant Beneficial Society, Respondent.— Judgment affirmed, with costs. All concurred.

Emma L. Barton and Others, Appellants, v. Jennie B. Reynolds and Frank A. Crofoot, as Administrators, etc., and Jennie B. Reynolds, Individually, Respondents.— Interlocutory judgment modified by striking out the words " on the merits," and as so modified affirmed, with costs, with leave to the plaintiff to amend within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred, except Foote and Merrell, JJ., who dissented.

Frank C. Patridge and James B. Dillingham, Appellants, v. A. Dutch & Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

* See Laws of 1893, chap. 478, § 98, as amd. by Laws of 1895, chap. 695, and Laws of 1911, chap. 402.— [REP.